**Antonio BRADSHAW, Appellant,**

v.

**The STATE of Texas.**

**No. 1272–98.**

Court of Criminal Appeals of Texas.

June 28, 2000.

Petition for Discretionary Review from Court of Appeals 4th Supreme Judicial District.

Roy R. Barrera, Sr., Sharon Brown, San Antonio, for appellant.

Jeffrey L. Van Horn, Asst. State's Atty., Matthew Paul, State's Atty., Austin, for State.

6. *Romeo,* 820 F.2d at 543–44 (citations omitted).

## OPINION

The opinion of the Court was delivered PER CURIAM.

Without the benefit of a plea bargain, Appellant pleaded guilty to possession of marihuana. The trial court denied Appellant's pre-trial motion to suppress, and Appellant appealed. Citing to *Shallhorn v. State,* 732 S.W.2d 636 (Tex.Crim.App. 1987), and *Helms v. State,* 484 S.W.2d 925 (Tex.Crim.App.1972), the Court of Appeals held that because Appellant entered his plea with the understanding that he could appeal the trial court's ruling on his motion to suppress, his plea was not entered voluntarily. *Bradshaw v. State,* 974 S.W.2d 286 (Tex.App.—San Antonio 1998). The Court of Appeals reversed and remanded. The State filed a petition for discretionary review.

This Court has recently reexamined the "*Helms* Rule." *Young v. State,* 8 S.W.3d 656 (Tex.Crim.App.2000). The Court of Appeals did not have the benefit of this Court's decision in *Young* when it issued its opinion. The State's petition for discretionary review is granted. We vacate the Court of Appeals' judgment and remand this cause for reconsideration in light of *Young.*